MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: KATHLEEN A. ZEBROWSKI (KZ-7966)
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2710
Fax No.: (212) 637-2717

RECEIVED
OCT 18 2007
KENNETH M. KARAS
U.S.D.J.

ORIGINAL

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,      :

              Plaintiff,      :      NOTICE OF DISMISSAL

        - v -      :      07 CIV 7546 (KMK)

CLYDE CHAMBERLAIN,      :

              Defendant.      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No answer having been filed.

The above-entitled action is hereby dismissed by the plaintiff, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated: New York, New York

       October 12, 2007

                                  MICHAEL J. GARCIA
                                  United States Attorney for the
                                  Southern District of New York
                                  Attorney for Plaintiff
                                  United States of America

                                  By: _____
                                  KATHLEEN A. ZEBROWSKI
                                  Assistant United States Attorney
                                  86 Chambers Street
                                  New York, New York  10007
                                  Telephone: (212) 637-2710

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
10/22/07